FILED by **SA** D.C.
ELECTRONIC

**Jul 26, 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## 12-80146-CR-MIDDLEBROOKS-W/BRANNON

Case No._____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

MITCHELL LEON POPE and
MELISSA ANN THOMAS-CAMEJO,

Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Distribute Controlled Substances

From at least as early as in or around February 2012, through on or about May 11, 2012, in Palm Beach County, in the Southern District of Florida, the defendants,

**MITCHELL LEON POPE and**
**MELISSA ANN THOMAS-CAMEJO,**

knowingly and willfully conspired with each other and with persons known and unknown to the Grand Jury to commit offenses against the United States, that is, the possession with intent to distribute and the distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack," a Schedule II controlled substance.

## COUNT 2
### Distribution of Controlled Substance

On or about April 19, 2012, in Palm Beach County, in the Southern District of Florida, the

defendants,

### MITCHELL LEON POPE and
### MELISSA ANN THOMAS-CAMEJO,

knowingly and intentionally distributed a controlled substance; in violation of Title 21, United States

Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the

controlled substance was a mixture and substance containing a detectable amount of cocaine base,

commonly referred to as "crack," a Schedule II controlled substance.

## COUNT 3
### Distribution of Controlled Substance

On or about April 24, 2012, in Palm Beach County, in the Southern District of Florida, the

defendants,

### MITCHELL LEON POPE and
### MELISSA ANN THOMAS-CAMEJO,

knowingly and intentionally distributed a controlled substance; in violation of Title 21, United States

Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the

controlled substance was a mixture and substance containing a detectable amount of cocaine base,

commonly referred to as "crack," a Schedule II controlled substance.

2

## COUNT 4
**Distribution of Controlled Substance**

On or about April 26, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**MITCHELL LEON POPE,**

knowingly and intentionally distributed a controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack," a Schedule II controlled substance.

## COUNT 5
**Possession with Intent to Distribute a Controlled Substance**

On or about May 11, 2012, in Palm Beach County, in the Southern District of Florida, the defendants,

**MITCHELL LEON POPE and**
**MELISSA ANN THOMAS-CAMEJO,**

knowingly and intentionally possessed with intent to distribute a controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

3

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack," a Schedule II controlled substance.

A TRUE BILL

_____

FOREPERSON

_____

WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____

BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

MITCHELL LEON POPE, and
MELISSA ANN THOMAS-CAMEJO,
                          Defendants.
_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| ____ | Miami | ____ | Key West |
| ____ | FTL | X | WPB |
| ____ | | ____ | FTP |

New Defendant(s)          Yes _____    No _____
Number of New Defendants          _____
Total number of counts          _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)        No
    List language and/or dialect        _____

4.  This case will take      5      days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                              (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | X |
| V | 61 days and over | _____ | | |

6.  Has this case been previously filed in this District Court?  (Yes or No)    _____
    If yes:
    Judge: _____        Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?        (Yes or No)    No
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of    5/11/2012
    Rule 20 from the _____    District of _____

    Is this a potential death penalty case? (Yes or No)        No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    X    No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    X    No

_____
BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5501296

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  **MITCHELL LEON POPE**

**Case No:** _____

Count #: 1

   Conspiracy to possess with intent to distribute controlled substances

    Title 21  U.S.C. § 846

**\* Max.Penalty**: 20 Years' Imprisonment; 3 Years' Supervised Release; $1,000,000 Fine

Counts #: 2 - 4

   Distribution of controlled substance

    Title 21  U.S.C. § 841(a)(1)

**\* Max.Penalty**: 20 Years' Imprisonment; 3 Years' Supervised Release; $1,000,000 Fine

Count #: 5

   Possession with intent to distribute controlled substances

    Title 21  U.S.C. § 841(a)(1)

**\* Max.Penalty**: 20 Years' Imprisonment; 3 Years' Supervised Release; $1,000,000 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **MELISSA ANN THOMAS-CAMEJO**

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute controlled substances

Title 21 U.S.C. § 846

**\* Max.Penalty**: 20 Years' Imprisonment; 3 Years' Supervised Release; $1,000,000 Fine

Counts #: 2 - 4

Distribution of controlled substance

Title 21 U.S.C. § 841(a)(1)

**\* Max.Penalty**: 20 Years' Imprisonment; 3 Years' Supervised Release; $1,000,000 Fine

Count #: 5

Possession with intent to distribute controlled substances

Title 21 U.S.C. § 841(a)(1)

**\* Max.Penalty**: 20 Years' Imprisonment; 3 Years' Supervised Release; $1,000,000 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

FGJ 11-02 (WPB)

FGJ 02-103

No.____

UNITED STATES DISTRICT COURT

Southern   District of   Florida

Northern   Division

THE UNITED STATES OF AMERICA

vs.

MITCHELL LEON POPE and
MELISSA ANN THOMAS-CAMEJO

INDICTMENT

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

A true bill.

_____
Foreperson

11-02

Filed in open court this ____

_____ day

of _____, A.D. 20 12

_____
Clerk

Bail. $ _____

GPO 863 928